JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PLUSH LOUNGE LAS VEGAS, LLC,<br><br>　　　　　Plaintiff,<br>　　vs.<br>HOTSPUR RESORTS NEVADA, INC.,<br><br>　　　　　Defendant. | Case No. CV06-2626 GW (JTLx)<br><br>**JUDGMENT**<br><br>Discovery Cut-Off:　　Vacated<br>Pretrial Conference:　　Vacated<br>Trial Date:　　Vacated<br><br>**HEARING**<br><br>Date:　January 10, 2008<br>Time:　8:30 a.m.<br>Place:　Courtroom 10 |

　　　　This action came on for hearing before the Court on January 10, 2008, the Honorable George H. Wu, District Judge Presiding, on defendant Hotspur Resorts Nevada, Inc.'s ("Defendant") Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues or, in the Alternative, for Judgment on the Pleadings ("Motion"), and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered as set forth in the Court's Statement of Decision re Defendant's Motion for Summary Judgment filed September 23, 2008,

///

843431.3 -- 20759.001

1   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's Motion is <u>granted</u> as to plaintiff Plush Lounge Las Vegas, LLC's First Claim for Relief for Illegal Maintenance of Monopoly in the Relevant Market Under Section 2 of the Sherman Act and that judgment is entered for Defendant on that claim.  Plaintiff Plush Lounge Las Vegas, LLC shall take nothing from Defendant.  Defendant shall recover from plaintiff Plush Lounge Las Vegas, LLC all of its costs incurred in connection with this action.

The Court authorizes the filing of and will entertain Defendant's intended motions for attorneys' fees, expenses and costs against plaintiff Plush Lounge Las Vegas, LLC and its counsel of record under Rule 37(c)(2) of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, and pursuant to this Court's inherent power and other applicable law.

DATED: November 3, 2008           _____
                                   HON. GEORGE H. WU
                                   UNITED STATES DISTRICT JUDGE

Submitted by:

GREENWALD, PAULY, FOSTER & MILLER,
A Professional Corporation

ANDREW S. PAULY
MARYANN R. MARZANO
BRIAN C. COOLIDGE


By:_____/s/ ANDREW S. PAULY_____
       ANDREW S. PAULY, a Member of
    GREENWALD, PAULY, FOSTER & MILLER,
         A Professional Corporation,
           Attorneys for Defendant
      HOTSPUR RESORTS NEVADA, INC.